# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

      -against-

BANK OF NEW YORK MELLON
CORPORATION,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

19 **CIVIL** 2810 (VEC)
19 **CIVIL** 2811 (VEC)
19 **CIVIL** 2812 (VEC)
19 **CIVIL** 2813 (VEC)
19 **CIVIL** 3278 (VEC)
**JUDGMENT**

      -against-

CITIBANK,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

      -against-

MORGAN STANLEY SMITH BARNEY LLC,

                Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,

                Plaintiff,

      -against-

TIAA, FSB d/b/a TIAA Bank,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

------------------------------------------------------X
WILLIAM GRECIA,
                Plaintiff,

-against-

SAMSUNG ELECTRONICS AMERICA, INC.,
                Defendant.
------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2020, Defendants' motions are GRANTED. Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases are closed.

**Dated:** New York, New York
       March 16, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**