# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
WILLIAM GRECIA,
                        Plaintiff,

    -against-

BANK OF NEW YORK MELLON CORPORATION,
                        Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                        Plaintiff,         19 **CIVIL** 2810 (VEC)
                                                            19 **CIVIL** 2811 (VEC)
                                                            19 **CIVIL** 2812 (VEC)
                                                            19 **CIVIL** 2813 (VEC)
                                                            19 **CIVIL** 3278 (VEC)
    -against-                                      **AMENDED JUDGMENT**

CITIBANK,
                        Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                        Plaintiff,

    -against-

MORGAN STANLEY SMITH BARNEY LLC,

                        Defendant.
-----------------------------------------------------------X
WILLIAM GRECIA,
                        Plaintiff,

    -against-

TIAA, FSB d/b/a TIAA Bank,

                        Defendant.
-----------------------------------------------------------X

---------------------------------------------------------X
WILLIAM GRECIA,
                            Plaintiff,

       -against-

SAMSUNG ELECTRONICS AMERICA, INC.,
                               Defendant.
---------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated April 24, 2020, Defendants' motions are GRANTED. Grecia's complaints are dismissed with prejudice without leave to amend; accordingly, the cases are closed.

**Dated:**  New York, New York
         April 28, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                **BY:**
                                                    **Deputy Clerk**